1018

[No. 10971–9–II.   Division Two.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEE BYRD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–02179–7, Waldo F. Stone, J., entered April 9, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11455–1–II.   Division Two.   May 2, 1989.]

SCOTT J. HUNTER, ET AL, *Respondents,* v. JOE E. MARTINEZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–04097–5, William L. Brown, Jr., J., entered September 18, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 10879–8–II.   Division Two.   May 2, 1989.]

KATHY HALL, ET AL, *Respondents*, v. THE DEPARTMENT OF GENERAL ADMINISTRATION, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 85–2–01299–0, Paula Casey, J., entered February 12, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.